PD-1427-13
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/28/2015 4:59:34 PM
Accepted 1/29/2015 8:37:21 AM
ABEL ACOSTA
CLERK

**No. PD-1427-13**

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

| | | |
|---|---|---|
| **VANESSA CAMERON** | § | **(CAUSE NO 04-12-00294-CR** |
| | § | |
| **v.** | § | **FOURTH COURT OF** |
| | § | **APPEALS** |
| **STATE OF TEXAS** | § | |
| | § | **SAN ANTONIO, TEXAS)** |

---

### APPELLANT'S REQUEST FOR ORAL ARGUMENT
### AND ADDITIONAL BRIEFING ON REHEARING

---

**TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:**

COMES NOW VANESSA CAMERON, Respondent in the above styled and numbered cause, by and through undersigned counsel, and respectfully requests leave for filing Defendant's Brief on Rehearing and Response to State's Motion for Rehearing and requests oral argument on same pursuant to Rules 79.4 and 70.4 of the Texas Rules of Appellate Procedure.

WHEREFORE, PREMISES CONSIDERED, Appellant prays this Court to grant oral argument and to grant leave for the preparation and submission of additional briefing.

Respectfully submitted

**Gerald H. Goldstein**
State Bar No. 08101000

**Donald H. Flanary, III**
State Bar No. 24045877
Goldstein, Goldstein, & Hilley
29th Floor Tower Life Building
San Antonio, Texas 78205
210-226-1463, 210-226-8367 facsimile

**John T. Hunter**
State Bar No. 24077532
310 S. St. Mary's St.
Suite 1840 – Tower Life Bldg.
San Antonio, Texas 78205
210-399-8669
210-568-4927 facsimile


By:/s/_____
    GERALD H. GOLDSTEIN
    Attorney for Vanessa Cameron


## CERTIFICATE OF SERVICE

This is to certify that on January 28, 2015, a true and correct copy of the above and foregoing document was served on Jay Brandon, Assistant District Attorney at the Bexar County District Attorney's Office, by electronic mail to jay.brandon@bexar.org.

/s/_____
Gerald H. Goldstein